```
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :   Hon. Stanley R. Chesler

         v.                     :   Criminal Number 08-176 (SRC)

KENNETH P. CAMPBELL,            :   ORDER TO CONTINUE BAIL
PATRICK CAMPBELL, and
ANTHONY AMBROSIO
```

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney) and defendant ANTHONY AMBROSIO (by his attorney, Anthony J. Iacullo, Esq.) to continue the conditions of release previously ordered, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that:

1. On August 3, 2007, defendant ANTHONY AMBROSIO appeared before the Honorable Madeline Cox Arleo, United States Magistrate Judge, after he was arrested on a Criminal Complaint, Magistrate Number 07-8102 (MCA), which complaint charged him with conspiring to unlawfully structure financial transactions, contrary to Title 31, United States Code, Section 5324(a)(3), in violation of Title 18, United States Code, Section 371, and unlawfully structuring financial transactions, contrary to Title 31, United States Code, Section 5324(a)(3) and Title 18, United States Code, Section 2.

2. On August 3, 2007, Magistrate Judge Arleo imposed the following conditions of release on defendant ANTHONY AMBROSIO: (1) $1 million bond secured by his residence at 4 Colts

Neck Drive, Homdel, New Jersey and co-signed by defendant ANTHONY AMBROSIO's wife; (2) travel restricted to New Jersey; (3) surrender passport and not reapply for any additional travel documents; and (4) report to Pretrial Services, District of New Jersey.

      3. On June 25, 2008, a federal Grand Jury sitting in Newark, New Jersey indicted defendant ANTHONY AMBROSIO in a Superseding Indictment, Criminal Number 08-176 (SRC), alleging that he conspired to violate Title 29, United States Code, Section 186, in violation of Title 18, United States Code, Section 371.

      4. On July 1, 2008, defendant ANTHONY AMBROSIO appeared before the Court for his arraignment on the Superseding Indictment.

      WHEREFORE, on this _1st_ day of July, 2008,

      ORDERED that the conditions of release imposed on August 3, 2007 (Magistrate Number 07-8102 (MCA)) by Magistrate Judge Arleo will apply as the conditions of release for defendant ANTHONY AMBROSIO in this matter, Criminal Number 08-176 (SRC).

                                                 _____
                                                 HON. STANLEY R. CHESLER
                                                 United States District Judge