IACULLO MARTINO, LLC
247 FRANKLIN AVENUE
NUTLEY, NEW JERSEY 07110
(973) 235-1550
ATTORNEYS FOR DEFENDANT
ANTHONY R. AMBROSIO

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>ANTHONY AMBROSIO<br>Defendant | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CRIMINAL NO.: 08-176 (SRC)<br><br>CONSENT ORDER |

THIS MATTER having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Anthony Ambrosio and on notice to the United States Attorney's Office by and through Ronald D. Wigler, Assistant United States Attorney, seeking an Order allowing Defendant Anthony Ambrosio to temporarily obtain his passport for travel, and the parties having consented to same, and good cause having been shown:

IT IS on this __21st__ day of __July__, 2008

**ORDERED that:**

1. Defendant Anthony Ambrosio be permitted to travel to the Island of the Bahamas from Tuesday, July 22, 2008 until Thursday, July 31, 2008.

2. Defendant Anthony Ambrosio may obtain his passport on Friday, July 18, 2008 from Pre-Trial Services (by Wendy H. Lonsdorf) to enable him to travel to the Island of the Bahamas from Tuesday, July 22, 2008, until Thursday, July 31, 2008.

1

2

3. Defendant Anthony Ambrosio shall have temporary possession of his passport and Defendant Anthony Ambrosio is responsible for surrendering his passport to Pre-Trial Services on Friday, August 1, 2008.

4. Prior to Defendant Ambrosio's departure, Defendant shall provide Ms. Wendy Lonsdorf of the United States Pre-Trial Services Office with Defendant's travel itinerary, including information confirming his dates of travel, airline carrier, and hotel accommodations. And it is further;

**ORDERED that**

1. Defendant Anthony Ambrosio be permitted to travel to and from and partake in a Nickelodeon Family Cruise from Sunday, August 10, 2008, until August 17, 2008.

2. Defendant Anthony Ambrosio may obtain his passport on August 8, 2008 from Pre-Trial Services (by Wendy H. Lonsdorf) to enable him to travel on a Nickelodeon Family Cruise from Sunday, August 10, 2008, until Sunday, August 17, 2008.

3. Defendant Ambrosio shall have temporary possession of his passport and Defendant Anthony Ambrosio is responsible for surrendering his passport to Pre-Trial Services on Monday, August 18, 2008.

4. Prior to Defendant Ambrosio's departure, Defendant shall provide Ms Wendy Lonsdorf of the United States Pre-Trial Services Office with Defendant's travel itinerary including dates of travel, airline carrier and accommodations; And it is further;

**ORDERED that**

That all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within _____7_____ days of the date hereof

_____
Hon. Stanley R. Chesler,
U.S.D.J.

I hereby consent to the form and entry of the within Order.

_____
Ronald D. Wigler
Assistant US Attorney

_____
Anthony J Iacullo, Esq.
Counsel for Defendant Anthony Ambrosio

3