UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :  Hon. Stanley R. Chesler

           v.                       :  Criminal Number 08-176 (SRC)

ANTHONY AMBROSIO                    :  ORDER FOR CONTINUANCE

          This matter having come before the Court on the joint

application of Christopher J. Christie, United States Attorney

for the District of New Jersey (by Anthony Moscato, Assistant

U.S. Attorney), and defendant Anthony Ambrosio (by his attorney

Anthony J. Iacullo, Esq.) for an order granting a continuance of

the proceedings in the above-captioned matter, and the defendant

being aware that he has the right to have the matter brought to

trial within 70 days of the date of the defendant's appearance

before a judicial officer of this court pursuant to Title 18 of

the United States Code, Section 3161(c)(1), and as the defendant

has consented to such a continuance, and for good and sufficient

cause shown,

          IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

          1.   Plea negotiations are currently in progress, and

both the United States and the defendant desire additional time

to negotiate a plea agreement, which would render any trial of

this matter unnecessary; and

          2.   The defendant has consented to the aforementioned

continuance; and

3.    Under Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _24th_ day of November, 2008, it is hereby ORDERED as follows:

This matter will be continued from 6 November 2008 to January 6, 2009 and that period shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).



_____
HON. STANLEY R. CHESLER
United States District Judge


Form and entry consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
Anthony V. Iacullo, Esq.
Counsel for Anthony Ambrosio


2