UNITED STATES DISTRICT COURT
                                           DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal Number 08-176 (SRC) |
| ANTHONY AMBROSIO | : | <u>ORDER FOR CONTINUANCE</u> |

      This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Anthony Ambrosio (by his attorney Anthony J. Iacullo, Esq.) for an order granting a continuance of the proceedings in the above-captioned, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of the defendant's appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which agreement would render any trial of this matter unnecessary; and

      2.    The defendant has consented to the aforementioned continuance; and

3. Under Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____ day of July 2009, it is hereby ORDERED as follows:

This matter will be continued from July 10, 2009 through October 1, 2009 and that period shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry consented to:

Anthony Mascato
Assistant U.S. Attorney

Anthony J. Iacullo, Esq.
Counsel for Anthony Ambrosio

2